## SECOND DEPARTMENT, FEBRUARY TERM, 1893.

lant. — Judgment reversed. with costs. and the motion denied, with ten dollars costs, with leave to the plaintiff on the payments of the costs, to interpose demurrer if he shall be so advised

Edmund J. Curry, Respondent. v. The New York Elevated Railrod Company, Appellant. — Judgment reversed with costs, and the motion denied with ten dollars costs, with leave to the plaintiff on the payment of the costs, to interpose demurrer if he shall be so advised.

Moses K. Glines v. The Supreme Sitting Order of the Iron Hall. — Order affirmed, with costs. Opinion *Per Curiam.*

Pittsfield National Bank v. William H. Bayne and others. — Motion granted as to plaintiff. Mem.

Aaron Schubart, Respondent. v. Andrew Kammerer, Appellant. — Motion granted, with ten dollars costs.

The People of the State of New York, Appellant, v. The New York Underground Railway Company and others, Respondents. — Application granted.

The People of the State of New York *ex rel.* United States Trust Company, as Committee, etc., v. Edward P. Barker and others, Commissioners, etc. — Order reversed. with ten dollars costs and disbursements, and the petition dismissed, with ten dollars costs. Opinion by Van Brunt, P. J.

In the Matter of the Judicial Settlement of the Accounts of Joseph M. Johnson and others, Executors, etc. — Motion denied upon appellants paying ten dollars costs of motion and stipulating to argue at February General Term and perfecting appeal by giving proper undertaking; the costs and stipulation and undertaking to be paid or given within five days after notice of this order.

Edith Mason Faxon, Respondent, v. John Oscar Ball, Appellant. Impleaded, etc. — Order affirmed, with costs and disbursements. Opinion by O'Brien, J.

The People of the State of New York v. Sylvester F. Wilson. — The appellant has leave to put this case upon the February calendar of this court and file his cases upon appeal and notice the same for argument; and when the case comes up for argument, and thus the appellant has shown his good faith, the court will determine whether they will not set aside the dismissal already taken, and then hear the appeal upon the merits.

Meyer Jonasson, Appellant, v. Edward E. Eames and others, Respondents. — Judgment affirmed, with costs and disbursements. Opinions by Lawrence, J., and Van Brunt, P. J.

Lou M. Bronson, Respondent, The Forty-second Street, etc., Railway Company, Appellant. — Judgment modified as directed in opinion, and, as modified, affirmed, without costs of this appeal to either party. Opinion by Barrett, J.

Gustav Daniel, Respondent, v. The New York News Publishing Company, Appellant. — Judgment affirmed, with costs. Opinion by O'Brien, J.

Mary C. Warren, as Executrix, etc., and others, Respondents, v. William C. Banning, Individually, and as Executor, etc., Appellant. — Judgment affirmed, with costs. Opinion by Follett, J.

## SECOND DEPARTMENT, FEBRUARY TERM, 1893.

George Gerbig, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Eva W. Simmons, Plaintiff, v. Central N. E. and Western Railroad Company, Defendant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P.J., not sitting.

Daniel Hunt, Executor, etc., Appellant, v. Ellen Gleason and others, Respondents. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Oscar Miersch, Respondent, v. Felix C. Bivin, Appellant. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J ; Dykman, J., not sitting.

E. G. Blakeslee Manufacturing Company, Plaintiff, v. The E. G. Blakeslee's Sons' Iron Works, Defendant. — Judgment affirmed for non-submission of papers according to stipulation. — Dykman, J., not sitting.

Chauncey H. Skidmore, Plaintiff, v. The Anchor Brewing Company, Defendant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Benjamin Wright, Appellant, v. David Miller and others, Respondents. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

William Larder, Appellant, v. Elihu J. Granger and others, Respondents. — Order reversed, with costs and disbursements, and motion denied. Opinion by Dykman, J.; Pratt, J., not sitting.

The People of the State of New York, Respondent, v. George Calvert, Appellant. — Conviction and judgment affirmed. Opinion by Barnard, P. J.

John P. Adams, Appellant, v. Henry A. Morgan, President, etc., Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Opinion by Dykman, J.

Mary B. Bancroft. Respondent, v. The City of Newburg, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Oliver W. Barnes, Respondent, v. James Seligman and others, Appellants. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Max Bertuch, Respondent, v. Michael Sweeney and another, Appellants. — Order refusing motion to vacate arrest affirmed, with costs and disbursements. Opinion by Dykman, J.

Henry H. Skinner, Administrator, etc., v. Prospect Park and Coney Island Railroad Company. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Henry H. Skinner and others, Administrators, v. Prospect Park and Coney Island Railroad Company. — Judgment affirmed, with costs. Opinion by Pratt, J.

Tom L. Johnson and another, Respondents, v. The Atlantic Avenue Railroad Company, Appellant. — Order denying reference reversed, with costs and disbursements, and motion granted. Opinion by Dykman, J.; Barnard, P. ., not sitting.

Matter of Probate of Will of Augustus Nelson, Deceased. — Order admitting will to probate affirmed, with costs to be paid by appellants. Opinion by Dykman, J

Herman B. Ogden, Respondent, v. The Kings County Elevated Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

National Bank of Orange County, Plaintiff. v. Ida D. Van Steinburgh, Defendant. — Judgment affirmed, with costs, with leave to defendant to answer in twenty days on payment of costs according to stipulation.

Alfred B. Phillips, Respondent, v. The Citizens

## Fourth Department, February Term, 1893.

Gas-light Company of Brooklyn, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Maurice Kelly, Appellant, v. The Pelham Hod Elevating Company, Respondent. — Judgment reversed and new trial granted, costs to abide event. Opinion by Dykman, J.

Arthur M. Dodge and others, Respondents, v. Henry N. Ockerhausen, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

Matter of Judicial Settlement of Executors of Henry R. Worthington. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.

Sarah M. Judd, Appellant, v. Mary E. Burrell and others, Respondents. — Judgment reversed and new trial granted, costs to abide event.

Opinion by Barnard, P. J. ; Dykman, J., dissenting.

Harlan P. Christie, Respondent, v. Cornelius Callahan Company, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

Terrence McCracken, Respondent, v. William C. Flanagan and another, Appellants. — Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

William H. Miller and others, Respondents, v. Edward Benjamin and another, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

William Henry Beard and others, Appellants, v. Mary A. Beard and others, Respondents. — Judgment affirmed, with costs. Opinion by Dykman, J.

## Fourth Department, February Term, 1893.

Arthur S. Grout, Respondent, v. John B. Cottrell, Appellant.— Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Edwin Butterworth and others, Respondents, v. Enos Boutilier and another, Appellants.—Order affirmed, with ten dollars costs and disbursements. Opinion by Hardin P. J.; Merwin, J., not sitting.

Jerome D. Holmes, Appellant, v. William E. Roper, and another, Administrators, etc., Respondents.— Judgment affirmed, with costs.

Eliza Dering, as Administrator, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. Opinion by Hardin, P. J.; Merwin, J., not sitting.

Alexander Grant and another, Respondents, v. Syracuse Door and Blind Company and Clarence v. Kellogg, Appellants.—Judgment modified by striking therefrom the provision directing Kellogg to pay $385.64 damages, and authorizing execution therefor; and in lieu thereof, inserting a provision directing the appointment of a receiver for the corporation, and providing that, after his appointment and qualification, defendant Kellogg shall pay over to him $2,409.80, being the amount received by Kellogg on his judgment and execution, to be distributed by the receiver among the creditors of the corporation according to their respective rights and interests. The provision in the judgment allowing plaintiffs' costs, as awarded, to remain. And the judgment, as so modified, affirmed, with costs of this appeal to the defendant Kellogg.

Horace Parks, as Surviving Administrator, Appellant, v. Clarence Andrews, Individually and as Administrator of Josiah Andrews, Deceased, and others, Respondents.— Judgment and order reversed and a new trial ordered, with costs to abide the event. Held, That the exceptions taken to the admission of the evidence of Grant Andrews and May Potter, as to the declarations of their father, present error. (See Holcomb v. Holcomb 95 N. Y., 316; Matter of Eysaman, 113 id., 162; Matter of Will of Dunham, 121 id., 575.) (2.) After excluding such evidence, the verdict and decision are against the weight of evidence.

George H. Lawrence and another, Respondent, v. John W. Lischer, Appellant.—Judgment affirmed, with costs.

Edward J. Davis, Respondent, v. Warren G. Willis, Appellant.—Judgment affirmed, with costs. Opinion by Hardin, P. J.

Elizabeth Connor, Appellant, v. Deleaware, Lackawanna and Western Railroad Company, Respondent. — Motion denied, without costs.

In the Matter of the Application of the Second National Bank of Cooperstown, pursuant to the request of the Comptroller of the State of New York for the transfer of funds or moneys held in trust by the treasurer of Otsego county. — Application granted ; order to be certified and countersigned by the presiding justice. Papers filed with clerk of Broome county to be certified by him and transmitted to and filed with the clerk of Otsego county.

William Sterling, by Guardian, Appellant, v. Emeline Hill, Respondent. — Order affirmed, without costs. Defendant's appeal dismissed, with ten dollars costs.

Clark S. Bennett, Appellant, v. Edmund R. Bell and another executors of Calvin H. Bell, deceased, Respondents. — Order affirmed, without costs. Held, that as the order does not appear to have prejudiced the appellant, it is not necessary to pass upon the question as to the power of the court to amend the verdict.

Henry Lupton, Appellant, v. Thomas W Patterson, Respondent. — Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York ex rel. The Syracuse Pressed Brick Company, Respondent, v. William Duffus, Appellant. — Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York ex r . The Syracuse Pressed Brick Company, Respondent, v. Charles H. Baker, Appellant. — Order affirmed, with ten dollars costs and disbursements.

James G. Hillidge, Respondent, v. Albert B. Park, Appellant. — Order reversed with ten dollars costs and disbursements.

In the Matter of the Estate of George W. Dodge, deceased, Sarah E. Dodge and others, Appellants, v. C. Lansing Jones, Respondent. — Order modified by inserting therein the words " terms thereof " the following " without prejudice to any proceeding or action to obtain a benefit under the third clause of the will," and, as modified, affirmed, with ten dollars, costs and disbursements to Stevens, as guardian ad litem, payable out of the funds.

Clark S. Bennett, Respondent, v. Edmund R. Bell and another executor of Calvin H. Bell, deceased, Appellants. — Judgment and order affirmed, with costs.

Melissa Squires, Appellant, v. Oliver P. Hurd, Respondent. — Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event. Held (1), That the court erred in limiting the defendant's liability to negligence. (2.) That the plaintiff is entitled to recover for such injuries as resulted from defendant's change of the natural course of the stream.

William Duffus, Respondent, v. Christoph Schwinger and others, Appellants. — Order refusing a